IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

SHAWNTE NEAL,

     Plaintiff,

v.                                                                No. 1:25-cv-01209-JDB-jay

JACKSON POLICE DEPARTMENT, et al.,

     Defendants.

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the complaint of Plaintiff, Shawnte Neal.  (Docket Entry ("D.E.") 1.) By administrative order, this matter was referred to the United States magistrate judge for management of all pretrial matters and for determination and/or report and recommendation as appropriate.  Admin. Order 2013-05.  After reviewing the complaint, Magistrate Judge Jon A. York, on June 17, 2026, recommended that the case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to prosecute her case.  (D.E. 13 at PageID 95.)  At the end of the report and recommendation, Judge York notified the parties that, if they disagreed with the recommendation, they were required to file an objection within fourteen days.  (*Id.*)  He added that "failure to file objections within fourteen (14) days may constitute waiver and/or forfeiture of objections, exceptions, and further appeal."  (*Id.* (emphasis omitted)).

No party has objected to the Magistrate Judge's report and recommendation, and the time for doing so has expired.  Consequently, the parties have forfeited any objections either may have had to the report and recommendation.  *See Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019) (quoting *Kensu v. Haigh*, 87 F.3d 172, 176 (6th Cir. 1996)).  Accordingly, upon review of the

record, the report and recommendation (D.E. 13) is ADOPTED, and this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 6th day of July 2026.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE